IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEFFREY LEE VALENTINE                                                                PLAINTIFF

v.                          CASE NO. 1:13CV00101 BSM

JACKSON COUNTY DETENTION CENTER                                    DEFENDANT

## ORDER

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney have been reviewed. There have been no objections. After careful consideration, it is concluded that the proposed findings and recommendations should be, and hereby are, adopted in their entirety.

IT IS THEREFORE ORDERED that:

1. Valentine's complaint is dismissed for failure to state a claim upon which relief may be granted.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. It is further certified that an *in forma pauperis* appeal from the order and judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 27th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE